IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CV-00069-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANDREW MARTIN, ) ) ) | |
| Plaintiff, ) | ORDER |
| v. ) ) ) | **FILED UNDER SEAL** |
| ) HUNTINGTON INGALLS INDUSTRIES, ) ) | |
| Defendant. ) | |

The Government having declined to intervene in this action pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The Complaint is unsealed.

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for, all notices of appearance, the Court's orders granting the Government's motions, the Notice of Declination and proposed order, and this Order.

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. If Relator intends to proceed with this action, he shall have 30 days from the date of this Order to retain counsel and for such counsel to file a notice of appearance.

1

5. Thereafter, Relator shall serve the defendant with the Complaint, the Notice of Declination, and this Order. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and

7. Should Relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

SO ORDERED, this 7 day of November, 2023.

*signature*
TERRENCE W. BOYLE
United States District Judge