IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-69-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., ANDREW MARTIN, ) ) ) Plaintiff, ) ) v. ) ) HUNTINGTON INGALLS INDUSTRIES, ) ) Defendant. ) | ORDER |

This cause comes before the Court on plaintiff-relator's failure to respond to the Clerk of Court's notice of the failure to effect service within ninety days pursuant to Fed. R. Civ. P. 4(m). [DE 20]. In that notice, plaintiff-relator was warned that failure to respond could result in dismissal of this case. *Id.* It further appears that relator Andrew Martin now proceeds *pro se. See* [DE 18]. A *pro se* party cannot appear on behalf of the United States in a qui tam action. *Wojcicki v. SCANA/SCE&G*, 947 F.3d 240, 244-46 (4th Cir. 2020).

Accordingly, for the foregoing reasons, this action is hereby DISMISSED without prejudice. The Clerk is DIRECTED to also serve a copy of this order on the United States and to close the case.

SO ORDERED, this 25 day of March 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE