UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW MARTIN,<br>*United States of America, for the use and benefit of the foregoing, ex rel.*,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUNTINGTON INGALLS INDUSTRIES, INC.,<br><br>　　　　　　　Defendant. | **JUDGMENT**<br><br>7:22-CV-69-BO |

**Decision by Court.**
This cause comes before the Court on plaintiff-relator's failure to respond to the Clerk of Court's notice of the failure to effect service within ninety days pursuant to Fed. R. Civ. P. 4(m). [DE 20].

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby DISMISSED without prejudice.

**This judgment filed and entered on March 25, 2025, and served on:**
Ernest J. Wright (via CM/ECF NEF)
Chelsea W. Draper (via CM/ECF NEF)

　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
March 25, 2025

　　　　　　　　　　　　　　　　　　　 /s/ Lindsay Stouch
　　　　　　　　　　　　　　　　　　　By: Deputy Clerk